**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABED EL WAHAB MAHMOUD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:25-cv-12603 |
| | ) |
| v. | ) |
| | ) Removal from the Circuit Court of Cook |
| | ) County, Illinois |
| GALLAGHER BASSETT SERVICES, | ) |
| INC., ARTHUR J. GALLAGHER & CO., | ) |
| JACOB MELECH, OR JOHN DOE, | ) Case No.:  2025 L 011193 |
| | ) |
| Defendants. | |

**DEFENDANTS GALLAGHER BASSETT SERVICES, INC. AND ARTHUR J.
GALLAGHER & CO.'S NOTICE OF REMOVAL**

Defendants GALLAGHER BASSETT SERVICES, INC. AND ARTHUR J. GALLAGHER & CO. (hereinafter collectively referred to as "Gallagher"), by and through their undersigned counsel, in accordance with 28 U.S.C. §§ 1331, 1441 and 1446, files this Notice of Removal of the civil action titled *Abed El Wahab Mahmoud v. Gallagher Basset Services, Inc., Arthur J. Gallagher & Co., Jacob Melech, or John Doe,* Case No. 2025L011193, currently pending in the Circuit Court of Cook County Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of their Notice of Removal, Gallagher states as follows:

1.      On or about September 15, 2025, Plaintiff ABED EL WAHAB MAHMOUD ("Plaintiff") served Gallagher with a copy of the Summons and Complaint. As required under 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served on Gallagher are attached hereto as Exhibit A.

2.      This removal, pursuant to 28 U.S.C. § 1441, is based on federal question jurisdiction under 28 U.S.C. § 1331.

3. Federal question jurisdiction is established because Plaintiff has alleged violations of federal law in his Complaint.

4. Gallagher timely files this removal in accordance with 28 U.S.C. §§ 1441 and 1446, within 30 days after Gallagher was served with a summons and Plaintiff's Complaint.

5. The Complaint asserts a total of six (6) counts, with five (5) counts directed against Gallagher and one (1) count directed against Defendant Jacob Melech or John Doe. *See generally* Exhibit A.

6. The claims against Gallagher include: (a) retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII")(Count I); (b) discrimination based on national origin in violation of Title VII; (c) discrimination based on religion in violation of Title VII; (d) disparate treatment in violation of 42 U.S.C. §1981 (Count IV); and (e) breach of contract (Count V). *Id*.

7. The claim against Defendant Jacob Melech or John Doe is for tortious interference with contract (Count VI). *Id*.

## FEDERAL QUESTION

8. Where the basis of removal is federal question jurisdiction, the plaintiff's cause of action must "aris[e] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. In order to arise under federal law, a claim must either "plead[ ] a cause of action created by federal law" or be a state law claim "that implicate[s] significant federal issues." *Orbitz, LLC v. Worldspan, L.P.*, 425 F. Supp. 2d 929, 932 (N.D. Ill. 2006) (internal citations omitted).

9. "[R]emoval is proper over any action that could have been filed originally in federal court." *Tylka v. Gerber Prods. Co.*, 211 F.3d 445, 448 (7th Cir. 2000). If any of the plaintiff's claims are removable, the entire case may be removed on the basis of supplemental jurisdiction. *Orbitz*, 425 F. Supp. at 931. See 28 U.S.C. §1367.

10. In Counts I-III of the Complaint, Plaintiff alleges Gallagher subjected him to retaliation, national origin discrimination, religious discrimination in violation of Title VII. In Count IV of the Complaint, Plaintiff alleges Gallagher subjected him to disparate treatment in violation of 42 U.S.C. §1981. This Court has original jurisdiction over Counts I-IV pursuant to 28 U.S.C. §1331, as they arise out of the United States Constitution and laws. This Court has supplemental jurisdiction over Plaintiff's remaining claims pursuant to 28 U.S.C. §1367(a) because the claims are based on the same set of facts. *See Bailey v. City of Chicago*, 779 F.3d 689, 696 (7th Cir. 2015); *see also generally* Exhibit A.

### ALL OTHER REQUIREMENTS FOR REMOVAL HAVE BEEN MET

11. Under 28 U.S.C. §§ 1441(a) and 1446(a), the U.S. District Court for the Northern District of Illinois is the appropriate court for removing an action from the Circuit Court of Cook County, Illinois, where this action was filed.

12. Promptly after filing its removal, Gallagher provided written notice to Plaintiff and filed a copy of its removal notice with the Clerk of the Circuit Court of Cook County, Illinois, as required under 28 U.S.C. §1446(d).[1]

### RESERVATION OF RIGHTS

13. Gallagher's filing of this Notice of Removal is not intended, nor should be construed, as any type of express or implied admission by Gallagher of any fact, of the validity or merits of any of Plaintiff's claims and allegations, or of any liability for the same, all of which is/are hereby expressly denied, or as any type of express or implied waiver or limitation of any of Plaintiff's rights, claims, remedies, and defenses in connection with this action, all of which are hereby expressly reserved.

---

[1] Gallagher is unable to provide notice to Jacob Melech/John Doe because the individual's identity and contact information are unknown. Additionally, Plaintiff has not served or issued a summons to that individual.

3

**WHEREFORE**, Defendants GALLAGHER BASSETT SERVICES, INC. AND ARTHUR J. GALLAGHER & CO. respectfully request the removal of this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: October 15, 2025.                          Respectfully submitted,

                                    By:     /s/ Timothy A. Wolfe
                                            One of the Attorneys for Defendants,
                                            **GALLAGHER BASSETT SERVICES, INC. AND ARTHUR J. GALLAGHER & CO.**

Timothy A. Wolfe (ARDC No. 6198805)
Carissa A. Townsend (ARDC No. 6330553)
**OGLETREE, DEAKINS, NASH,**
  **SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:  312.558.1220
*timothy.wolfe@ogletree.com*
*carissa.townsend@ogletree.com*

4

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on October 15, 2025, a copy of the foregoing *Notice of Removal* was served by electronic mail and first class U.S. Mail, postage prepaid, upon the following:

> Azam Nizamuddin
> **ABEAR LAW OFFICE**
> 460 S. County Farm Road
> Wheaton, IL 60187
> attorneys@abearlaw.com
> azam@abearlaw.com
>
> ***Attorney for Plaintiff***

The undersigned attorney certifies that on October 15, 2025 a copy of the foregoing *Notice of Removal* was filed electronically with the Office of the Clerk of the Circuit Court for Cook County, Illinois.

> /s/ *Timothy A. Wolfe*
> One of the Attorneys for Defendants,
> **GALLAGHER BASSETT SERVICES, INC. AND ARTHUR J. GALLAGHER & CO.**

93074030.v1-OGLETREE